UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00122-JLS-JDE                                  Date: February 05, 2020
Title: Tito Vasquez v. MD Auto Repair Service et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE**

On January 22, 2020, the Court ordered Plaintiff to show cause why the Court should not decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim and other state-law claims. (Doc. 9.) In that Order, the Court explicitly stated that "[f]ailure to respond may, without further warning, result in dismissal of the entire action without prejudice." (*Id*. at 2.) Plaintiff has not filed a response.

As noted in the Court's prior Order, under Fed. R. Civ. P. 41(b) the Court has the inherent power to dismiss an action for a plaintiff's failure to comply with a court order. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-33 (1962); *Hells Canyon Pres. Council v. U.S. Forest Serv.,* 403 F.3d 683, 689 (9th Cir. 2005).

As Plaintiff has not complied with the Court's order pertaining to the exercise of supplemental jurisdiction, this action is DISMISSED, in its entirety. This dismissal is without prejudice to filing in state court.

Initials of Preparer: tg